U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR - 5 2001
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN L. MARTIN, # 182277 | CIVIL ACTION |
| VERSUS | NO. 01-0538 |
| WARDEN, DIXON CORRECTIONAL INSTITUTE | SECTION SECT. T MAG. 3 |

**ORDER**

Considering the application and affidavit to proceed in forma pauperis,

**IT IS ORDERED** that:

- [ ] the motion is GRANTED; the party is entitled to proceed in forma pauperis.
- [ ] the motion is MOOT; the party was previously granted pauper status.
- [x] the motion is DENIED; the party has sufficient funds to pay the $5.00 filing fee.
- [ ] the motion is DENIED as MOOT; the filing fee has already been paid.
- [ ] the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons:

________________________________________

________________________________________

New Orleans, Louisiana, this 5 day of March, 2001.

UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
MAR 7 2001

X Dktd OLD
CtRmDep
Doc.NO 2